1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT FOR THE

9                               EASTERN DISTRICT OF CALIFORNIA

10

11   CALVIN ANTHONY HEADSPETH,                    1:06-cv-1449-LJO-WMW (HC)

12                  Petitioner,                   ORDER GRANTING EXTENSION OF
13                                                TIME
     vs.
14                                                (DOCUMENT #13)
     MIKE KNOWLES,
15
                   Respondent.
16   _____/

17        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On July 10, 2007, respondent filed a motion to extend time to file an answer to

19   petitioner's petition for writ of habeas corpus.  Good cause having been presented to the court and

20   GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Respondent is granted thirty days from the date of service of this order in which to file an

22   answer.

23   IT IS SO ORDERED.

24   **Dered:   August 21, 2007**              _____/s/  **William M. Wunderlich**_____
                                                 UNITED STATES MAGISTRATE JUDGE
25

26

27

28