IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN ANTHONY HEADSPETH,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>MIKE KNOWLES,<br><br>　　　　　Respondent.<br>_____/ | 1:06-cv-1449 LJO WMW (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(DOCUMENT #18)<br><br>THIRTY DAY DEADLINE |

　　　　Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On October 31, 2007, petitioner filed a motion to extend time to file a traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

Dated:　　November 19, 2007　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE